**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1474**

---

In Re: ARTHUR O. ARMSTRONG,

                              Petitioner - Appellant.

---

**No. 01-1475**

---

ARTHUR O. ARMSTRONG,

                              Plaintiff - Appellant,

        versus

WILLIAM L. OSTEEN,

                              Defendant - Appellee.

---

**No. 01-1476**

---

ARTHUR O. ARMSTRONG,

                              Plaintiff - Appellant,

        versus

UC LENDING CORPORATION,

                                    Defendant - Appellee.

------------------------------

**No. 01-1501**

------------------------------

ARTHUR O. ARMSTRONG,

                                    Plaintiff - Appellant,

        versus

JOHN DOE,

                                    Defendant - Appellee.

------------------------------

Appeals from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen and James A.
Beaty, Jr., District Judges.  (MISC-99-71-1, MISC-00-108-1, MISC-
01-26-1, MISC-00-50-1)

------------------------------

**No. 01-1610**

------------------------------

ARTHUR O. ARMSTRONG,

                                    Plaintiff - Appellant,

        versus

KOURY CORPORATION,

                                    Defendant - Appellee,

2

                    and


HOLIDAY INN,

                                    Defendant.

                    ───────────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
District Judge.  (CA-96-87-2)

                    ───────────────

Submitted:  September 6, 2001       Decided:  September 20, 2001

                    ───────────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

                    ───────────────

Dismissed by unpublished per curiam opinion.

                    ───────────────

Arthur O. Armstrong, Appellant Pro Se.  Jonathan A. Berkelhammer,
SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina,
for Appellee.

                    ───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur O. Armstrong has filed notices of appeals in several district court actions.  We have reviewed the records, the relevant district court orders and find the appeals frivolous.  Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals as frivolous.  We further deny Armstrong's motions for summary judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

4